UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.   6:14-cr-276-Orl-22TBS

EDWARD JOHN ADAMS

## ORDER

Pending before the Court is Defendant Edward John Adams' motion to file under seal, Dr. Jacquelyn Olander's neuropsychological evaluation of him (Doc. 40). The evaluation is being submitted for consideration by the Court when it sentences Defendant. As grounds for sealing the evaluation, Defendant alleges that it contains his private, sensitive medical information.

After due consideration, the Court finds that Defendant has shown good cause for the relief he seeks and that his privacy concerns outweigh the public's right of access to the information. Accordingly, the motion to seal is GRANTED. The Clerk shall SEAL Dr. Jacquelyn Olander's neuropsychological evaluation of Defendant until further Order of the Court.

DONE AND ORDERED in Orlando, Florida, on June 5, 2015.

THOMAS B. SMITH
United States Magistrate Judge

Copies to:

    All Counsel
    Defendant